

E-FILED: 08-14-2014

1  ANDRÉ BIROTTE JR.
   United States Attorney
2  SANDRA R. BROWN
   Assistant United States Attorney
3  Chief, Tax Division
   BENJAMIN L. TOMPKINS (SBN PENDING / D.C. Bar No. 474906)
4  Assistant United States Attorney
        Federal Building, Suite 7211
5       300 North Los Angeles Street
        Los Angeles, California 90012
6       Telephone: (213) 894-6165
        Facsimile: (213) 894-0015
7       E-mail: Benjamin.Tompkins@usdoj.gov

8  Attorneys for Petitioner
   United States of America
9

10              UNITED STATES DISTRICT COURT

11         FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                    WESTERN DIVISION

13  UNITED STATES OF AMERICA,        Case No. **CV14-5703 PSG- CW**ₓ

14              Petitioner,
                                     [Proposed] Order to Show Cause
15         v.

16  MICHAEL B. McConville,

17              Respondent.

18

19      Upon the Petition and supporting Memorandum of Points and Authorities, and the

20  supporting Declaration to the Petition, the Court finds that Petitioner has established its

21  prima facie case for judicial enforcement of the subject Internal Revenue Service ("IRS"

22  and "Service") summons[es].  *See United States v. Powell*, 379 U.S. 48, 57-58, 85 S. Ct.

23  248, 13 L.Ed.2d 112 (1964); *see also Crystal v. United States*, 172 F.3d 1141, 1143-

24  1144 (9th Cir. 1999); *United States v. Jose*, 131 F.3d 1325, 1327 (9th Cir. 1997);

25  *Fortney v. United States*, 59 F.3d 117, 119-120 (9th Cir. 1995) (the Government's prima

26  facie case is typically made through the sworn declaration of the IRS agent who issued

27  the summons); accord, *United States v. Gilleran*, 992 F.2d 232, 233 (9th Cir. 1993).

28

1

LODGED
CLERK, U.S. DISTRICT COURT

JUL 2 2 2014

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

1      THEREFORE, IT IS ORDERED that Respondent appear before this District

2  Court of the United States for the Central District of California in Courtroom No.

3  **880** ,

4      \_\_\_\_  United States Courthouse

5          312 North Spring Street,

6          Los Angeles, California 90012

7

8      _X_  Roybal Federal Building and United States Courthouse

9          255 E. Temple Street,

10         Los Angeles, California 90012

11

12     \_\_\_\_  Ronald Reagan Federal Building and United States Courthouse

13        411 West Fourth Street,

14        Santa Ana, California 92701

15

16     \_\_\_\_  Brown Federal Building and United States Courthouse

17        3470 Twelfth Street, Riverside, California 92501

18

19  on September 29, 2014, at _1:30  p_.m.

20     and show cause why the testimony and production of books, papers, records and

21  other data demanded in the subject Internal Revenue Service summons[es] should not be

22  compelled.

23     IT IS FURTHER ORDERED that copies of this Order, the Petition, Memorandum

24  of Points and Authorities, and accompanying Declaration be served promptly upon

25  Respondent by any employee of the Internal Revenue Service or by the United States

26  Attorney's Office, by personal delivery, or by leaving copies of each of the foregoing

27  documents at the Respondent's dwelling or usual place of abode with someone of

28  suitable age and discretion who resides there, or by certified mail.

1    IT IS FURTHER ORDERED that within ten (10) days after service upon

2   Respondent of the herein described documents, Respondent shall file and serve a written

3   response, supported by appropriate sworn statements, as well as any desired motions.  If,

4   prior to the return date of this Order, Respondent files a response with the Court stating

5   that Respondent does not desire to oppose the relief sought in the Petition, nor wish to

6   make an appearance, then the appearance of Respondent at any hearing pursuant to this

7   Order to Show Cause is excused, and Respondent shall be deemed to have complied with

8   the requirements of this Order.

9    IT IS FURTHER ORDERED that all motions and issues raised by the pleadings

10   will be considered on the return date of this Order.  Only those issues raised by motion

11   or brought into controversy by the responsive pleadings and supported by sworn

12   statements filed within ten (10) days after service of the herein described documents will

13   be considered by the Court.  All allegations in the Petition not contested by such

14   responsive pleadings or by sworn statements will be deemed admitted.

15

16   DATED: This ___14th___ day of ___August_____, 2014

17

18                                        **PHILIP S. GUTIERREZ**

19                                         United States District Judge

20

21   Respectfully submitted,

22   ANDRÉ BIROTTE JR.
     United States Attorney
     SANDRA R. BROWN

23   Assistant United States Attorney
     Chief, Tax Division

24

25        /s/

26   BENJAMIN L. TOMPKINS
     Assistant United States Attorney

27
     Attorneys for Petitioner

28   UNITED STATES OF AMERICA